YOUNG, Appellant, v. FOX, Respondent. (Supreme Court, Appellate Division, First Department. November 12, 1897.) Action by Emma Young against Richard K. Fox. J. J. Adams, for appellant. A. H. Hummel, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.